IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America

V.  
Ramon Diaz-Ortiz

No. 3:99-cr-306

NOTICE OF APPEAL

Noticing is hereby given that the defendant Ramon Diaz-Ortiz, is appealing to the United States Court of Appeals for the First Circuit, from this court order entered on 3/7/06, [denying defendant motion for reduce of sentence under § 3582(c)(2); 18 U.S.C.A. (USSG Amendment 668)] in the above captioned matter.

**NOTE:** This court should take judicial notice that regardless this court order dated 2/16/06, the government did not serve its response to the defendant. Consequently, defendant was deprived to file a reply hereto.

Respectfully Submitted,

Ramon Diaz-Ortiz  
ID#:14035014  
USP-CANAAN  
P.O.BOX 300  
Waymart, Pa. 18472

## CERTIFICATE OF SERVICE

The undersigned defendant hereby certifies that a true and correct copy of the foregoing (NOTICE OF APPEAL), has been served upon to the U.S. Attorney Offices for the district of Puerto Rico, by placing same first class U.S. Mail properly addressed on this 14 days of March 2006, to:

U.S. Attorney Offices
150 Federico Degetau
Fed. Bldg.
Carlos Chardon Ave.
Hato Rey, PR 00918

Sincerely,

March 14, 2006

*Ramon Diaz-Ortiz*
Ramon Diaz-Ortiz
ID#:14035014
USP-CANAAN
P.O.BOX 300
Waymart, Pa. 18472