AFFIDAVIT OR DECLARATION
IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, RAMON DIAZ ORTIZ, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed? Yes X  No __
   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. ¢12 per hour monthly $ 6.25
   C.C.S. F.C.I./CUMBERLAND, MD.

   b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received. N/A

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources? Yes __ No X

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months. N/A

3. Do you own any cash or have a checking or savings account? Yes __ No X

   a. If the answer is yes, state the total value of the items owned. N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing) Yes __ No X

   a. If the answer is yes, describe the property and state its approximate value.
   N/A

5. List the persons who are dependent upon you for support and state your relationship to those persons. NONE/N/A

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: February 29, 2008.

Ramón Díaz Ortiz
(Signature)