MR. RAMON DIAZ ORITIZ
REG. NO#14035-014
FEDERAL CORRECTIONAL INSTITUTION
CUMBERLAND, MARYLAND 21501-1000

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO
00918-1767

CERTIFIED MAIL
7007 1490 0001 4919 9915

RECEIVED MAR 25 2008