# UNITED STATES DISTRICT COURT
for the

### JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **Ramon DIAZ-ORTIZ** ) | Case No: 99 CR 00306-01 (PG) |
| ) | USM No: 14035-069 |
| Date of Previous Judgment: July 13, 2001 ) | AFPD-Hector GUZMAN, Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  X  DENIED.  ☐  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____       Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
This is NOT a crack cocaine case.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 10, 2008                              s/ Juan M. Pérez-Giménez
                                                         Judge's signature

Effective Date: _____                                  JUAN M. PEREZ-GIMENEZ, U.S. DISTRICT JUDGE
  (if different from order date)                         Printed name and title