Ramón Díaz-Ortíz
Reg. No. 14035-0[??]
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

FEDERAL CORRECTIONAL INSTITUTION
LEGAL MAIL
CUMBERLAND[...]

THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER HAS
BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER W[...]

FEDERAL CORRECTIONAL INSTITUTION
14601 BURBRIDGE ROAD, SE
CUMBERLAND, MARYLAND 21502

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

RECEIVED JUN 24 2008




