UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** July 23, 2008

**DC #:** 99-306 (PG)

**APPEAL FEE PAID:** YES \_\_\_\_  NO  X

**CASE CAPTION:** USA v. Díaz-Ortiz
Defendant: Ramón Díaz-Ortiz (1)

**IN FORMA PAUPERIS:** YES  X   NO \_\_\_\_

**MOTIONS PENDING:** YES \_\_\_\_  NO  X

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Amended Order entered on 06/16/08

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries   200, 294-299 | I |
| Docket Entries   295 (Sealed) | II |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Appeals Clerk